## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DIANE PAYNE, BOBBIE RAY TAYLOR and HENRY ONSARIGO,** | § § § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:13-cv-690-O** |
| | § | |
| **D&D INVESTMENTS, INC.,** | § | |
| | § | |
| **Defendant** | § | |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DIANE PAYNE, BOBBIE RAY TAYLOR and HENRY ONSARIGO ("Plaintiffs") and D & D INVESTMENTS, INC. ("Defendant") and file this Agreed Motion for Dismissal with Prejudice and would show the Court as follows:

The claims and causes of action by Plaintiffs against Defendant have been compromised and settled.  Accordingly, no further action is necessary with regard to the prosecution of this case.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs and Defendant pray that this matter be dismissed with prejudice to the refiling of same and that the costs of court be assessed against the party incurring same.

Respectfully submitted,


 /s/ Anthony Malley, III
Anthony "Tony" Malley
State Bar No. 24041382
MALLEY LAW FIRM, P.L.L.C.
2626 Calder, Ste. 104
Beaumont, Texas 77702
(409) 212-8888
(409) 212-8002 – Fax
tony@mallaw.com

**ATTORNEY FOR PLAINTIFFS**



 /s/ Charles C. Self, III
Charles C. Self, III
State Bar No. 18007550
Megan Myers-Bell
State Bar No. 24050155
WHITTEN, HACKER, HAGIN,
ANDERSON, ALLEN & SELF, P.C.
P.O. Box 208
Abilene, Texas 79604
(325) 672-7824
(325) 672-2158 – Fax
cself@whittenfirm.com
mmyers@whittenfirm.com

**ATTORNEYS FOR DEFENDANT**

2